COM.

v.

FRANTZ, C.

**702 MDA 2016**

Superior Court of Pennsylvania.

04/24/2017

CP–36–CR–0002297–2015
(Lancaster)

Affirmed/Reversed

COM.

v.

HALL, K.

**1443 MDA 2016**

Superior Court of Pennsylvania.

04/24/2017

CP–36–CR–0002990–2015
(Lancaster)

Affirmed

COM.

v.

PETTIS, A.

**914 MDA 2016**

Superior Court of Pennsylvania.

04/24/2017

CP–22–CR–0003851–2014
(Dauphin)

Affirmed

COLE, J.

v.

COLE, L.

**606 WDA 2016**

Superior Court of Pennsylvania.

04/24/2017

812 of 2015 G.D.
(Fayette)

Affirmed